**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JACQUELINE PITT,

                Plaintiff,                22 **CIVIL** 8492 (RWL)

      -v-                                   **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 24, 2023, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         April 24, 2023

                                                        **RUBY J. KRAJICK**

                                                       _____
                                                          **Clerk of Court**

                                **BY:**         *K. Mango*

                                                        _____
                                                           **Deputy Clerk**